IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA　　　　:
　　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　　　: 　CIVIL NO. AMD 00-1902
　　　　　　　　　　　　　　　　　: 　(CRIM. NO. AMD 98-0324)
CHARLES ALLEN　　　　　　　　　 :

...oOo...

## ORDER

For the reasons set forth in the foregoing Memorandum, it is this 25th day of January, 2001, by the United States District Court for the District of Maryland ORDERED

(1)　That the motion to vacate, set aside or correct sentence is DENIED; and it is further ORDERED

(2)　That the Clerk of Court shall CLOSE THIS CASE and mail a copy of this Order to Mr. Charles Allen, 4509 Manordene Road, Baltimore, MD 21229; Assistant United States Attorney Bonnie S. Greenberg; and to the Probation Office of this Court.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Andre M. Davis
　　　　　　　　　　　　　　　　　　　　　　　　ANDRE M. DAVIS
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE